

UNITED STATES DISTRICT COURT

Western District of Texas

U.S. Pretrial Services Office

September 30, 2021

**Carlos Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief U.S. Pretrial Services Officer

**Ivonne Castanon**
Assistant Deputy Chief U.S. Pretrial Services Officer

<u>Austin Supervisor</u>
Amanda R. Ceballos

Reply to:
501 W. 5th Street
Austin, Texas 78701
**512-916-5297**

Honorable Susan Hightower
United States Magistrate Judge
501 W. 5th Street, Courtroom #6
Austin, Texas 78701

RE:    Pascual Salazar
       Case Number: 1:19-CR-00192-20 (LY)
       Bond Violation Report - No Court Action Requested

Your Honor:

On September 18, 2019, the defendant was released by Your Honor on a personal recognizance bond with pretrial supervision. The defendant is charged by Indictment with violation of Title 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance. On June 4, 2021, the defendant was sentenced by U.S. District Judge Lee Yeakel to 84 months Bureau of Prisons followed by 5 years Supervised Release. The defendant is currently scheduled to voluntary surrender on October 6, 2021. Pretrial Services alleges the defendant violated the following condition of the Release Order:

**7(m): The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.**

RESPECTFULLY PRESENTING THE BOND VIOLATION NOTICE AS FOLLOWS:

On August 19, 2021, the defendant submitted a urine specimen which subsequently yielded a positive result for marijuana. On September 23, 2021, the defendant reported to Pretrial Services and admitted he smoked marijuana on or about August 15, 2021. The defendant also signed a Drug Admission form regarding same. According to the defendant, he smoked marijuana due to being "stressed out" regarding his original voluntary surrender date (September 2, 2021) which is now scheduled for October 6, 2021.

RE:     Pascual Salazar
        Case Number: 1:19-CR-00192-20
        Bond Violation Report - No Court Action Requested
        Page **2** of **2**

RECOMMENDATION:

The defendant is currently receiving dialysis treatments three times a week. Due to the defendant's ongoing medical needs and continued need for care, Pretrial Services recommends the defendant be permitted to surrender on October 6, 2021 to MCFP Springfield where he will continue to receive medical care.

Pretrial Services respectfully recommends no Court action at this time. AUSA Daniel D. Guess concurs with our proposed course of action. Should the defendant continue to violate his conditions of release, Pretrial Services will recommend further adverse action.

Very Respectfully,

_[signature]_

Albert P. Sierra
U.S. Pretrial Services Officer
512-589-4108

_[signature]_

Amanda Ceballos
Supervising U.S. Pretrial Services Officer
210-818-7861

**COURT RECOMMENDATION:**

The Court concurs with the proposed recommendation: _[initialed]_

The Court DOES NOT concur with the proposed recommendation: _____

DATE SIGNED:   October 1, 2021

cc:     Daniel D. Guess, Assistant U.S. Attorney
        Terrence Michael Marsh, Defense Counsel